TUCKER ELLIS LLP
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409

Attorneys for Plaintiff
TACORI ENTERPRISES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACORI ENTERPRISES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AGAPE DIAMONDS LLC<br><br>　　　　Defendants. | Case No. 2:18-CV-07333<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Tacori Enterprises states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

DATED: August 21, 2018　　　　Tucker Ellis LLP


　　　　　　　　　　　　　　　　　By: /s/Howard A. Kroll
　　　　　　　　　　　　　　　　　　　Howard A Kroll
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　TACORI ENTERPRISES

1373811.1