TUCKER ELLIS LLP
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:     213.430.3400
Facsimile:     213.430.3409

Attorneys for Plaintiff
TACORI ENTERPRISES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACORI ENTERPRISES,<br><br>        Plaintiff,<br><br>  v.<br><br>AGAPE DIAMONDS LLC<br><br>        Defendant. | Case No. 2:18-CV-07333-RGK-JEM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Tacori Enterprises hereby dismisses this action with prejudice in its entirety.

DATED: September 20, 2018          Tucker Ellis LLP


                                   By:   /s/Howard A. Kroll
                                         _____
                                         Howard A. Kroll
                                         Attorneys for Plaintiff
                                         TACORI ENTERPRISES